UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JHON LATACELA, on behalf of himself and others similarly situated,

              Plaintiff,

- against -

AARON COHEN and THOMPSON REST. INC. d/b/a/ DON GIOVANNI RISTORANTE,

              Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/11

10 Civ. 4653 (RJH)

**MEMORANDUM OPINION AND ORDER**

    The Court is in receipt of the parties' stipulation of voluntary dismissal. The parties have not disclosed the terms of the referenced settlement to the Court and, as such, the Court has been unable to scrutinize the terms of this settlement for fairness. *See Cortes v. Skytop Restaurant, Inc.*, 2010 WL 4910242 (S.D.N.Y. Nov. 17, 2010). The stipulation of dismiss is rejected without prejudice. The parties may resubmit the stipulation with the terms of the proposed settlement.

SO ORDERED.

Dated: New York, New York
       February 15, 2011

                                              Richard J. Holwell
                                           United States District Judge